IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,        )
                                 )
      v.                         )   Criminal No. 06-203
                                 )
MARK BRADFORD YARBROUGH, SR.,    )
         Defendant.              )

## ORDER

Defendant, pro se, has appealed United States Magistrate Judge Lisa Pupo Lenihan's order, dated March 16, 2007, denying his various motions for reconsideration of her order of detention, dated June 23, 2006 [document #56]. Upon a de novo review of the matters raised by the appeal, and the relevant pleadings, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law.

Therefore, this 3rd day of April, 2007, IT IS HEREBY ORDERED that the order of March 16, 2007, denying reconsideration of detention, is hereby AFFIRMED.

BY THE COURT:

/s/ Lancaster, J.

cc: All Parties of Record

    The Honorable Lisa Pupo Lenihan,
    United States Magistrate Judge