IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | No. 06-203 |
| | ) | |
| **MARK B. YARBROUGH, SR.** | ) | |

AND NOW, THIS 29th DAY OF Aug 07, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

## MOTION TO RECONSIDER REQUEST FOR BAIL

**AND NOW**, comes the **Defendant, Mark B. Yarbrough, Sr.** by and through his **Attorney, James F. Donohue,** and sets forth the following statement in support of the within Motion:

1. The undersigned is appointed to represent the Defendant in this case pending before the United States District Court, Western District of Pennsylvania.

2. The Defendant filed a Pro Se Motion Requesting Relief and that Motion was denied. In support of denying this Motion the Court states that the Defendant did not give reasons in support of his Motion.

3. The Defendant requests that this Court reconsider its Order and permit the Defendant to have an Evidentiary Hearing on the issue of Bail.

4. The Defendant was not afforded an opportunity to have an Evidentiary Hearing when he appeared before the Honorable United States Magistrate Judge Lisa P. Lenihan on June 6, 2006.

5. The Defendant requests an Evidentiary Hearing to present evidence demonstrating that he is not a danger to the community; that he is not a threat to society and, there are sufficient safeguards which can be used to secure the Defendant while he is on bond. The evidence that the Defendant will present