IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal No. 06-0203 |
| | ) | |
| MARK BRADFORD YARBROUGH, SR. | ) | |

ORDER

Gary L. Lancaster,
District Judge.
April 21, 2008

    For the reasons stated in open court on Friday, April 18, 2008, the defendant's motion to proceed pro se [Doc No. 89] and the motion to withdraw as counsel filed by Attorney James F. Donohue [Doc. No. 90] are GRANTED.

    IT IS FURTHER ORDERED THAT Mr. Donohue will act as stand-by counsel for defendant going forward. Mr. Donohue is to be noticed on all communications to and from the court.

    IT IS FURTHER ORDERED THAT Mr. Donohue's role will be a limited one. Mr. Donohue will be available to defendant for legal advice and counsel, will attend any additional hearings and trial, and should be prepared to take over the defense of defendant should he change his mind to act pro se. Mr. Donohue, however, will not be responsible for conducting any factual investigation on defendant's behalf; conducting any legal research that defendant may request; preparing any motions, accompanying briefs, or other

filings on defendant's behalf; mailing service of process with the court or the government; representing defendant in any pre-trial hearings; or defending defendant at trial.

BY THE COURT:

_____, J.