IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-203 |
| | ) | |
| MARK BRADFORD YARBROUGH, SR., | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 22nd day of May, 2009, IT IS HEREBY ORDERED that the transcript of the hearing in the above captioned case, held May 15, 2009, shall be prepared forthwith at the cost of the United States government.

BY THE COURT:

_____, J.

cc: All counsel of record

    Clerk's Office,
    Finance Section

    Michael Powers,
    Court Reporter