# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MARK B. YARBROUGH, SR.

Case No: 06-203

**FILED**
JUN 2 2009
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## MOTION TO REMOVE ORDER AND APPOINT COUNSEL

AND NOW, comes the Petitioner MARK B. YARBROUGH, SR., Pro Se Respectfully Request this Honorable Court to Remove Court Order and Appoint Counsel to take back over his case, and sets forth the following statement in support of the within Motion:

1. The Defendant entered into a plea with the U.S Attorney's Office on May 26th, 2009.

2. Part of this plea agreement allows the defendant to appeal certain issues.

3. The Defendant is not a Lawyer and does not know how to file appeal briefs for

appellate review.

4. The Defendant wants counsel to represent him regarding his appeal issue and any other issue that may need to be addressed to this court, the Third Circuit or Supreme Court.

5. The Defendant request this court to appoint "Mr. Donohue" as counsel regarding those issues.

Wherefore, it is requested that this Honorable court grant the requested relief herein.

Respectfully Submitted,
Mr. Mark B. Yarborough, Sr.
Pro Se May 29th, 2009

AND NOW, THIS 2nd DAY OF June, 09, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS GRANTED.

cc/
m.B.Y

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE