IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  No. CRIM 06-203 |
| | ) |
| MARK B. YARBROUGH, SR. | ) |

### ORDER

AND NOW, this 12th day of March, 2010 upon consideration of the Defendant's **MOTION TO ADOPT EXHIBITS,** it is hereby **ORDERED, ADJUDGED and DECREED** that the Defendant's Motion is granted.

BY THE COURT,

_/s/ Gary L. Lancaster_
J.