IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 06-203 |
| | ) Civil No. 13-416 |
| MARK BRADFORD YARBROUGH, SR. | ) |

ORDER

AND NOW, this 5th day of June, 2013, in consideration of the within Government's Motion for Permission to File Exhibit to §2255 Petition of Defendant Under Seal, said motion is GRANTED.

The Government's Presentence Investigation Report Exhibit to its Response shall be filed and remain under seal until further Order of this Court.

_____
United States District Judge